No. 882. W. FRANK KINNEY, COLLECTOR, ETC., PETITIONER, *v.* SAMUEL MORRIS CONANT ET AL., EXECUTORS, ETC. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *The Attorney General* and *The Solicitor General* for petitioner. *Mr. Walter F. Angell* and *Mr. Frank H. Swan* for respondents.

No. 884. CHARLES W. PINKNEY ET AL., ETC., PETITIONERS, *v.* THE CHURCH COOPERAGE COMPANY ET AL. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Harrington Putnam* for petitioners. *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for respondents.

No. 887. NORFOLK COLD STORAGE & ICE COMPANY, PETITIONER, *v.* NORFOLK & WESTERN RAILWAY COMPANY. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Floyd Hughes* and *Mr. J. L. Jeffries* for petitioner. *Mr. Theodore W. Reath, Mr. R. M. Hughes* and *Mr. John H. Holt* for respondent.

No. 889. THE STEAMSHIP MIRAMAR COMPANY, LIMITED, PETITIONER, *v.* THE MUNSON STEAMSHIP LINE. May 24, 1909. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for petitioner. *Mr. Charles S. Haight* for respondent.

No. 890. THE NEW YORK & PORTO RICO STEAMSHIP COMPANY, PETITIONER, *v.* ARCHIBALD H. BULL ET AL., OWNERS,

OCTOBER TERM, 1908.  527

214 U. S.  Cases Disposed of Without Consideration by the Court.

ETC.  May 24, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.  *Mr. Frederick M. Brown* for petitioner.  *Mr. J. Parker Kirlin* and *Mr. Charles R. Hickox* for respondents.

---

No. 864. F. S. KRETSINGER, TRUSTEE, PETITIONER, *v.* JOHN H. BROWN, AS EXECUTOR, ETC., ET AL.  June 1, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. Henry T. Rogers* for petitioner.  *Mr. Henry A. Dubbs* for respondents.

---

No. 896. THE UNITED STATES, PETITIONER, *v.* BERLINGER, BROWN & MEYER.  June 1, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied.  *The Attorney General* and *The Solicitor General* for petitioner.  *Mr. Joseph G. Kammerlohr* for respondents.

---

No. 897. JOHNSON R. MORRIS, PETITIONER, *v.* THE UNITED STATES.  June 1, 1909.  Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied.  *Mr. Shepard Barclay* and *Mr. Thomas T. Fauntleroy* for petitioner.  *The Attorney General* and *The Solicitor General* for respondent.

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM FEBRUARY 24 TO JUNE 1, 1909.

No. 155. THE TEXAS & PACIFIC RAILWAY COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* B. F. ALLEN.  In error to the Supreme Court of the State of Texas.  February 24, 1909.  Dis-